Vincent Wolters and Thomas F. Brand, a Minor, Who Sues by Francis Brand, his Father and Next Friend, Plaintiffs-Appellees, v. Frank Venhaus and Annie Venhaus, Administrators of Estate of Raymond Venhaus, Deceased, Defendants-Appellants.

Term No. 53–F–2.

Johnson & Johnson, for appellants; Listeman & Bandy, for appellees. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed May 20, 1953; released for publication June 10, 1953.